UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL SALAS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CLARK E. DUCART, et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-05608-JST (RMI)<br><br>**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on May 22, 2019, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

　( X ) Plaintiff, Rafael Salas, Pro Se

　(　) Warden or warden's representative

　( X ) Office of the California Attorney General, Nasstaran Ruhparwar

　(　) Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

　(　) The case has been completely settled. The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

　(　) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

( X ) The parties are unable to reach an agreement at this time.  Offer of settlement to remain open for 30 days from the May 22, 2019 Settlement Conference.

**IT IS SO ORDERED.**

Dated:  June 3, 2019

ROBERT M. ILLMAN
United States Magistrate Judge