1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7    RAFAEL SALAS,                                    Case No. 18-cv-05608-JST   (RMI)

8                       Plaintiff,

9            v.                                        **REPORT OF PRO SE PRISONER
                                                       EARLY SETTLEMENT PROCEEDING**
10   CLARK E. DUCART, et al.,

11                      Defendants.

12

13        A settlement conference was held on January 29, 2020, and the results of that proceeding

14   are indicated below:

15        (1) The following individuals, parties, and/or representatives participated in the

16            proceeding, and each possessed the requisite settlement authority:

17            ( X )  Plaintiff, Rafael Salas, Pro Se

18            (  )  Warden or warden's representative

19            ( X )  Office of the California Attorney General, Nasstaran Ruhparwar

20            (  )  Other:

21        (2) The following individuals, parties, and/or representatives did not appear:

22        _____

23        (3)  The outcome of the proceeding was:

24            ( X )  The case has been completely settled.

25            (  )  The case has been partially resolved and counsel for defendants shall file a joint

26   stipulation regarding those claims which have been resolved.  The issues outlined on the sheet

27   attached remain for this Court to resolve.

28            (  )  The parties are unable to reach an agreement at this time.

1    **IT IS SO ORDERED.**

2    Dated: 1/30/2020

3                                                    _____

4                                                    ROBERT M. ILLMAN
                                                     United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California